## SECOND DEPARTMENT, JUNE TERM, 1889.

Peter Smith, Respondent, v. John O'Brien, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Charles F. Johnson, Respondent, v. The Brooklyn and Seventh Avenue Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J., and Pratt J.

James Cochrane, Respondent, v. Cacilie Bauer, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Oscar Purdy, Respondent, v. John Dinkel, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Henry L. Butler, Respondent, v. The Village of Edgewater, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Anna M. Andariese, Respondent, v. The Village of Edgewater, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Conrad Lobhardt, Respondent, v. Annie Gilbert, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Eugenia A. Penfield, Respondent, v. The New York and Mount Vernon Water Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Black v. The City of Brooklyn. — Motion denied, with ten dollars costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

George B. Abbott, as Administrator, etc., Appellant, v. Margaret J. Thomas, as Executrix, etc., and others, Respondents. — Order affirmed, with costs and disbursements and motion denied, with ten dollars costs. Opinion by Barnard, P. J.

In the Matter of the Application of Brooklyn Cable Company to Condemn Lands. — Order affirmed, with costs. Opinion by Pratt, J.

John Oelerich, by Guardian, Respondent, v. The New York Condensed Milk Company, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Cornelius D. Guyon and another, Appellant, v. John Rooney, Respondent — Appeal improperly dismissed and stay given to enable appellant to obtain proper certificate. Opinion by Pratt, J.

Jane Montgomery, Appellant, v. The Long Island Railroad Company, Respondent. — Order setting aside verdict reversed and judgment for plaintiff upon the verdict, with costs of appeal. Opinion by Barnard, P. J.

Miles W. Olmsted. Appellant, v. Asa Dolan, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

In the Matter of the Petition of Edward B. Underhill and others, for the Drainage of Swamp Lands, etc — Order affirming report of drainage commissioners affirmed, with costs. Opinion by Barnard, P. J.

The Nyack and Warren Gas-Light Company, Respondent, v. The Tappan Zee Hotel Company, Appellant. — Order reversed, without costs, upon condition that no action be brought on the undertaking of respondent. Opinion by Pratt, J.

Ludlow W. Valentine, an Infant, etc., Respondent, v. Matilda A. Richardt, Appellant. — Order appointing receiver affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Ludlow W. Valentine, an Infant, etc., v. Hermann T. Richardt, Respondent. — Order vacating order of arrest reversed, with ten dollars costs and disbursements. Opinion by Dykman, J.

James Monaghan, Respondent, v. George T. Woolsey, Appellant. — Judgment affirmed, with costs. — Opinion by Dykman, J.

Matter of Petition of New York and New Haven Railroad Company for Commissioners to Condemn Land.— Order appointing commissioners affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting,

In the Matter of the Final Accounting of Benjamin Laramie, Administrator.—Decree modified in accordance with opinion, without costs of appeal. Order to be settled by Barnard, P. J. Opinion by Barnard, P. J.

The People of the State of New York v. Charles D. Sutton. — Conviction and judgment affirmed. Opinion by Pratt, J.

Walter M. McKinney, an Infant, etc., Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Josephine McQuade, as Administratrix, Respondent, v. William Adams, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Mary Deegan, Administratrix, Appellant, v. William Cappel, Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Katharine A. Anderson, Individually, etc., Respondent, v. Weeks W. Culver and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

William P. Fiero, Appellant, v. James P. Paulding and another, Respondents. — Order reversed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting

Richard D. Alliger, Respondent, v. The Brooklyn Daily Eagle. Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

Hattie S. Crowell v. Henry E. Wells. — Order confirming referee's report affirmed, with costs. Opinion by Barnard, P. J.

Elizabeth J. Osborne, Respondent, v, The New York Mutual Insurance Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Charles Welde, Appellant, v. Sarah H. Henderson and another, Respondents, and three other cases. — Judgment in each of these cases reversed and a new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Ida L. Tooker, Respondent, v. John S. Ackerly, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Benjamin Tuthill, Appellant, v. Josiah Felter, Respondent, Impleaded, etc.— Order changing place of trial affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Charles Raht, Executor, etc., Plaintiff, v. Henry Y. Attrill and others, Defendants. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

John M. Anderson, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Rudolph C. Dalzell, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J. ; Pratt, J., not sitting.

John W. Foulks, Respondent, v. Charles H. Foulks and others, Appellants. — Interlocutory judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Emmeline Gallup, Respondent, v. James Henderson and others, Appellants. — Judgment and order denying new trial and order denying new trial on ground of newly-discovered evidence affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Henry Grauel v. Mary Soeller. — Motion denied. Jean Hirsch, Respondent, v. New York and